UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ELSIE L. SEIFERT and MARVIN SEIFERT,

    Plaintiffs,

    v.

PENSKE TRUCK LEASING
CORPORATION et al.,

    Defendants.

Case No. 06-cv-1019-JPG

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Plaintiffs filed their complaint in this matter on December 15, 2006 (Doc. 3). Because it fails to establish the jurisdiction of this Court, plaintiffs must amend their jurisdictional allegations or the Court will dismiss their suit.

Pursuant to the repeated admonitions of the Seventh Circuit Court of Appeals, this Court vigorously polices its jurisdiction. *See, e.g., America's Best Inns, Inc. v. Best Inns of Abilene, L.P.*, 980 F.2d 1072 (7th Cir. 1992). Upon review, the Court finds that plaintiffs' jurisdictional allegations fail because plaintiffs did not affirmatively allege *both* the state of incorporation and the principal place of business of the defendants. 28 U.S.C. § 1332(c)(1); *E.g., McCready v. EBay, Inc.*, 453 F.3d 882, 891 (7th Cir. 2006).

Accordingly, the Court **ORDERS** that the plaintiffs shall have **fifteen (15) days** from the entry of this order, in which to amend the complaint and correct these and *any other* jurisdictional defects. *See Tylka v. Gerber Products Co.*, 211 F.3d 445, 448 (7th Cir. 2000). If the plaintiffs fail to do so, the Court will dismiss the action for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**
**DATED: December 18, 2006**

                                             s/ J. Phil Gilbert
                                             **J. PHIL GILBERT**
                                             **DISTRICT JUDGE**